# EXHIBIT 1

# 206th District Court
# Case Summary
### Case No. C-0239-19-D

| | | |
|---|---|---|
| Hector Hugo Garcia, Hector Hugo Garcia, ANF of L.L.G., a Minor, Hector Hugo Garcia, On Behalf of the Estate of Ashley Karime Garcia<br>VS.<br>City of McAllen, A. Garza, Michael Soto, Joel Villegas, Unknown Police Officers | § § § § | Location: 206th District Court<br>Judicial Officer: Reyna, Rose G.<br>Filed on: 01/15/2019 |

## Case Information

Case Type: **Injury or Damage - Other (OCA)**

## Case Assignment

**Current Case Assignment**
Case Number        C-0239-19-D
Court              206th District Court
Date Assigned      01/15/2019
Judicial Officer   Reyna, Rose G.

## Party Information

*Lead Attorneys*

**Plaintiff**  Garcia, ANF of L.L.G., a Minor, Hector Hugo
MARTINEZ, ADRIAN R.
*Retained*
956-627-0455(W)

Garcia, Hector Hugo
MARTINEZ, ADRIAN R.
*Retained*
956-627-0455(W)

the Estate of Ashley Karime Garcia, Hector Hugo Garcia, On Behalf of
MARTINEZ, ADRIAN R.
*Retained*
956-627-0455(W)

**Defendant**  City of McAllen
TAWIL, ISAAC J.
*Retained*
956-457-6261(W)

Garza, A.

Soto, Michael
TAWIL, ISAAC J.
*Retained*
956-457-6261(W)

Unknown Police Officers

Villegas, Joel
TAWIL, ISAAC J.
*Retained*
956-457-6261(W)

## Events & Orders of the Court

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/28/2019 | **Hearing** (8:00 AM) (Judicial Officer: Reyna, Rose G.)<br>*1) DEFENDANT CITY OF MCALLEN, TEXAS' OBJECTION AND MOTION TO QUASH AND STRIKE CITATION AND PROOF OF SERVICE ON UNKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES 2) DEFENDANT CITY OF MCALLEN'S MOTION TO DISMISS INDIVIDUAL DEFENDANTS A. GARZA, MICHAEL SOTO, JOEL ILLEGAS AND UNKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES 3) Plaintiffs' Responses to Defendant City of McAllen's Notion to Quash Citation, and Alternatively, Motion for Substitute Service* | |

| Date | Entry |
|---|---|
| 02/27/2019 | **Notice Sent**<br>Party: Attorney MARTINEZ, ADRIAN R.; Attorney TAWIL, ISAAC J.<br>*ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE* |
| 02/26/2019 | Order Setting Hearing, Signed<br>*Plaintiffs' Responses to Defendant City of McAllen's Motion to Quash Citation, and Alternatively, Motion for Substitute Service set for hearing on 2/28/19 at 8:00 a.m. - sent to DC queue on 2/27/19* |
| 02/26/2019 | Order Setting Hearing, Signed<br>*ON PLAINTIFFS' MOTION FOR SUBSTITUTE SERVICE* |
| 02/26/2019 | Amended Petition<br>Party: Plaintiff Garcia, Hector Hugo<br>*FIRST* |
| 02/25/2019 | E-Filing Forwarded to Court Queue<br>*ORDER ON PLAINTIFFS' MOTION FOR SUBSTITUTE SERVICE* |
| 02/25/2019 | Proposed Order<br>*ORDER ON PLAINTIFFS' MOTION FOR SUBSTITUTE SERVICE* |
| 02/25/2019 | Response<br>Party: Plaintiff Garcia, Hector Hugo<br>*TO DEFENDANT CITY OF MCALLEN'S MOTION TO QUASH CITATION AND ALTERNATIVELY MOTION FOR SUBSTITUTE SERVICE* |
| 02/11/2019 | Order, Signed<br>*OSH ON DEFENDANT CITY OF MCALLEN'S MOTION TO DISMISS INDIVIDUAL DEFENDANTS A. GARZA, MICHAEL SOTO, JOEL ILLEGAS AND UNKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES SET FOR 2/28/19 AT 8:00 A.M.; SENT TO D/C QUEUE* |
| 02/11/2019 | Order, Signed<br>*OSH ON DEFENDANT CITY OF MCALLEN, TEXAS' OBJECTION AND MOTION TO QUASH AND STRIKE CITATION AND PROOF OF SERVICE ON UNKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES SET FOR 2/28/19 AT 8:00 A.M.; SENT TO D/C QUEUE* |
| 02/11/2019 | Notice Sent<br>Party: Attorney MARTINEZ, ADRIAN R.; Attorney TAWIL, ISAAC J.<br>*ORDER SETTING HEARING ON MOTION TO DISMISS INDIVIDUAL EMPLOYEES* |
| 02/11/2019 | Notice Sent<br>Party: Attorney MARTINEZ, ADRIAN R.; Attorney TAWIL, ISAAC J.<br>*ORDER SETTING HEARING ON OBJECTION AND MOTION TO QUASH* |
| 02/11/2019 | Order Setting Hearing, Signed<br>*ON MOTION TO DISMISS INDIVIDUAL EMPLOYEES* |
| 02/11/2019 | Order Setting Hearing, Signed<br>*ON OBJECTION AND MOTION TO QUASH* |
| 02/08/2019 | E-Filing Forwarded to Court Queue<br>*ORDER SETTING HEARING ON MOTION TO DISMISS INDIVIDUAL EMPLOYEES* |
| 02/08/2019 | E-Filing Forwarded to Court Queue |

| Date | Entry |
|---|---|
| | ORDER SETTING HEARING ON OBJECTION AND MOTION TO QUASH |
| 02/08/2019 | Proposed Order<br>GRANTING MOTION TO DISMISS INDIVIDUAL EMPLOYEES |
| 02/08/2019 | Order Setting Hearing<br>ON MOTION TO DISMISS INDIVIDUAL EMPLOYEES |
| 02/08/2019 | Motion to Dismiss, Filed<br>INDIVIDUAL DEFENDANTS A. GARZA, MICHAEL SOTO, JOEL VILLESCAS, AND UNKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES |
| 02/08/2019 | Proposed Order<br>GRANTING CITY OF MCALLEN, TEXAS' OBJECTION AND MOTION TO QUASH AND STRIKE CITATION AND PROOF OF SERVICE ON UKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES |
| 02/08/2019 | Order Setting Hearing<br>ON OBJECTION AND MOTION TO QUASH |
| 02/08/2019 | Objection<br>CITY OF MCALLEN, TEXAS' OBJECTION AND MOTION TO QUASH AND STRIKE CITATION AND PROOF OF SERVICE ON UKNOWN MCALLEN POLICE OFFICERS, IN THEIR INDIVIDUAL CAPACITIES W/ EXHIBITS A & B |
| 02/08/2019 | Defendant's Original Answer<br>Party: Defendant City of McAllen; Defendant Soto, Michael; Defendant Villegas, Joel<br>AND REQUESTS FOR DISCLOSURE |
| 01/17/2019 | Citation Issued<br>Party: Defendant City of McAllen; Defendant Garza, A.; Defendant Soto, Michael; Defendant Villegas, Joel; Defendant Unknown Police Officers |
| 01/17/2019 | **Citation**<br>City of McAllen<br>Served: 01/18/2019<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 01/22/2019<br><br>Garza, A.<br>Unserved<br>Anticipated Server: E-Served to Attorney<br><br>Soto, Michael<br>Served: 01/18/2019<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 01/18/2019<br><br>Villegas, Joel<br>Served: 01/18/2019<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 01/22/2019<br><br>Unknown Police Officers<br>Served: 01/18/2019<br>Anticipated Server: E-Served to Attorney<br>Actual Server: E-Served to Attorney<br>Return Date/Time: 01/22/2019 |

206TH DISTRICT COURT
# CASE SUMMARY
### CASE NO. C-0239-19-D

| 01/15/2019 | Original Petition (OCA) <br> *FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION AND REQUESTS FOR DISCLOSURE* | |
|---|---|---|

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** Garcia, Hector Hugo
Total Charges     383.00
Total Payments and Credits     383.00
**Balance Due as of 2/27/2019**     **0.00**

DATE 2/27/19
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____ Deputy 45