United States District Court
Southern District of Texas

**ENTERED**

September 16, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HECTOR  HUGO GARCIA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-68 |
| | § | |
| CITY OF MCALLEN, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Unopposed Motion to Appear for Attorney-in-Charge"[1] filed by J. Arnold Aguilar, attorney-in-charge for Defendants Michael Soto and Joel Villegas. Therein, Mr. Aguilar requests the Court permit Francisco J. Zabarte, of counsel, to appear for the September 17, 2019 initial pretrial and scheduling conference due to Mr. Aguilar's unavailability and vacation conflict.[2] Mr. Aguilar notes Mr. Zabarte "is fully informed of this action to participate . . . [and] will be fully authorized to bind Defendants Soto and Villegas regarding all matters and no delay will result by this arrangement."[3] Plaintiffs and Defendant City of McAllen, Texas are unopposed to the motion.[4]

In light of the foregoing, the Court hereby **GRANTS** the motion[5] and permits Mr. Zabarte to appear for Mr. Aguilar at the parties' September 17, 2019 initial pretrial and scheduling conference.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of September, 2019.

_____

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 38.
[2] *Id.* at p. 1.
[3] *Id.* at p. 2.
[4] *Id.* at p. 3.
[5] Dkt. No. 38.