Case 7:19-cv-00068   Document 60   Filed on 08/24/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HECTOR HUGO GARCIA, individually, and as next friend of L.L.G., a minor, and on behalf of the estate of ASHLEY KARIME GARCIA,<br><br>    Plaintiffs,<br>VS.<br><br>CITY OF MCALLEN, TEXAS,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 7:19-cv-00068<br>§<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

The Court has dismissed with prejudice certain of Plaintiffs' claims[1] and granted summary judgment in favor of Defendant on Plaintiffs' remaining claim.[2] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's orders. The Court holds that Plaintiffs take nothing by this suit. Any relief not expressly granted in this final judgment and by the Court's orders in this case is hereby **DENIED**. Each party is to bear its own costs. This is a final judgment for which execution may issue as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of August 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 42.
[2] Dkt. No. 59.